**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TIMOTHY ASPAN, SR., individually and on behalf of the class defined herein, | ) ) ) | 08-cv-2826 |
| | ) | Judge Hart |
| Plaintiff, | ) | Magistrate Judge Denlow |
| | ) | |
| vs. | ) | |
| | ) | |
| HUDSON & KEYSE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**To:** (See attached service list.)

**PLEASE TAKE NOTICE** that on Wednesday, May 28, 2008 at 11:00a.m., we will appear before Judge Hart in Room 2243 of the United States District Court, for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604, and present: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

  I, Daniel A. Edelman, hereby certify that on May 20, 2008, the foregoing document was filed electronically. A copy of the foregoing document was sent via US Mail to:

Hudson & Keyse, LLC
c/o Illinois Corporation Service Co. - Registered Agent
801 Adlai Stevenson Drive,
Springfield, IL 62703-4261

                 s/ Daniel A. Edelman
                 Daniel A. Edelman