# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TIMOTHY ASPAN SR.,
Individually and on behalf of a class,
   Plaintiff,

V.

HUDSON & KEYSE, LLC
   Defendant.

CASE NUMBER: 08CV2826

ASSIGNED JUDGE: JUDGE HART
MAGISTRATE JUDGE DENLOW

DESIGNATED
MAGISTRATE JUDGE:

**TO:** (Name and address of Defendant)

Hudson & Keyse, LLC
c/o Illinois Corporation Service Co. - Registered Agent
801 Adlai Stevenson Drive,
Springfield, IL 62703-4261

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*[signature]*

----------------------------------
(By) DEPUTY CLERK

May 15, 2008

----------------------------------
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE May 22, 2008 at 3:10 pm |
| NAME OF SERVER (PRINT) Greg Willing | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Hudson + Keyes LLC
801 Adlai Stevenson Dr. Springfield, Ill. 62703

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Business
Holly Blankenship - Operator
DOB: 6-1-80, Female, White, 5'2, 150-160 lbs, Brn. Hair

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 26, 2008
     Date           Signature of Server

2201 Woodlawn Rd. #500 Lincoln Ill 62656
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

72838