UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY ASPAN, JR., individually and on behalf of the class defined herein,<br><br>      Plaintiff,<br><br>v.<br><br>HUDSON & KEYSE, LLC,<br><br>      Defendant. | Case No.: 08 CV 2826<br><br>Judge Hart |

## NOTICE OF MOTION

To:    Daniel Edelman
        Tiffany Hardy
        Edelman Combs Latturner & Goodwin, LLC
        120 S. LaSalle Street, 18th Floor
        Chicago, Illinois 60603
        thardy@edcombs.com

    PLEASE TAKE NOTICE that on the 18th day of June, 2008 at 11:00 A.M. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable William T. Hart or any Judge sitting in his stead in Courtroom 2243 of the Dirksen Federal Building, and shall then and there present **Defendant's Agreed Motion for an Enlargement of Time,** a copy of which is hereby served upon you.

                                                    Respectfully Submitted,

                                                    /s/Corinne C. Heggie
                                                    One of the Attorneys for Deft.,
                                                    Hudson & Keyse, LLC

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000