UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY ASPAN, JR., individually and on behalf of the class defined herein,<br><br>   Plaintiff,<br><br>v.<br><br>HUDSON & KEYSE, LLC,<br><br>   Defendant. | Case No.: 08 CV 2826<br><br>Judge Hart |

## CERTIFICATE OF SERVICE

  I, the undersigned, an attorney, on oath state that on June 10, 2008 I served the above and foregoing **Appearance, Agreed Motion for an Enlargement of Time and Notice of Motion** via electronic mail to the following:

Daniel Edelman
Tiffany Hardy
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
thardy@edcombs.com

                 Respectfully Submitted,

                 /s/Corinne C. Heggie
                 One of the Attorneys for Deft.,
                 Hudson & Keyse, LLC

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6327978v1 889230