**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Timothy Aspan Sr
        Plaintiff,

v.              Case No.: 1:08−cv−02826
              Honorable William T. Hart

Hudson & Keyse, LLC
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2008:

  MINUTE entry before the Honorable William T. Hart:Motion hearing set for 6/18/2008 is stricken. Defendant's agreed motion for enlargement of time to 7/2/2008 to answer or otherwise plead [15] is granted.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.