UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY ASPAN, JR., individually and on behalf of the class defined herein, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HUDSON & KEYSE, LLC, )<br>)<br>Defendant. )<br>) | Case No.: 08 CV 2826<br><br>Judge Hart |

**NOTICE OF MOTION**

To:   Daniel Edelman
      Tiffany Hardy
      Edelman Combs Latturner & Goodwin, LLC
      120 S. LaSalle Street, 18th Floor
      Chicago, Illinois 60603
      thardy@edcombs.com

   PLEASE TAKE NOTICE that on the **2nd day of July, 2008 at 11:00 A.M.** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable William T. Hart or any Judge sitting in his stead in Courtroom 2243 of the Dirksen Federal Building, and shall then and there present **Defendant's Agreed Motion for an Enlargement of Time,** a copy of which is hereby served upon you.

                                             Respectfully Submitted,

                                             /s/Corinne C. Heggie
                                             One of the Attorneys for Deft.,
                                             Hudson & Keyse, LLC

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6334743v1 889230