UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY ASPAN, JR., individually and on behalf of the class defined herein, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 08 CV 2826 |
| v. | ) ) | Judge Hart |
| HUDSON & KEYSE, LLC, | ) ) | |
| Defendant. | ) ) | |

**CERTIFICATE OF SERVICE**

  I, the undersigned, an attorney, on oath state that on **June 26, 2008** I served the above and foregoing **Agreed Motion for an Enlargement of Time and Notice of Motion** via electronic mail to the following:

Daniel Edelman
Tiffany Hardy
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
thardy@edcombs.com

                Respectfully Submitted,

                /s/Corinne C. Heggie
                One of the Attorneys for Deft.,
                Hudson & Keyse, LLC

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000