## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Timothy Aspan Sr

                    Plaintiff,

v.                                       Case No.: 1:08−cv−02826
                                                       Honorable William T. Hart

Hudson & Keyse, LLC

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

    MINUTE entry before the Honorable William T. Hart:Motion hearing set for 7/2/2008 is stricken. Defendant's agreed motion for enlargement of time to 7/23/2008 to file its responsive pleading to the complaint [20] is granted. Plaintiff's motion class certification [9] is reset to 7/30/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.