UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY ASPAN, JR., individually and on behalf of the class defined herein, ) ) ) Plaintiff, ) ) v. ) ) HUDSON & KEYSE, LLC, ) ) Defendant. ) ) | Case No.: 08 CV 2826 Judge Hart |

## NOTICE OF MOTION

To:    Tiffany Hardy
        Edelman Combs Latturner & Goodwin, LLC
        120 S. LaSalle Street, 18th Floor
        Chicago, Illinois 60603
        thardy@edcombs.com

       PLEASE TAKE NOTICE that on the **23rd day of July, 2008 at 11:00 A.M.** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable William T. Hart or any Judge sitting in his stead in Courtroom 2243 of the Dirksen Federal Building, and shall then and there present **Defendant's Agreed Motion for an Enlargement of Time,** a copy of which is hereby served upon you.

                              Respectfully Submitted,

                              /s/Corinne C. Heggie
                              One of the Attorneys for Deft.,
                              Hudson & Keyse, LLC

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000