UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY ASPAN, JR., individually and on behalf of the class defined herein, ) ) ) Plaintiff, ) ) v. ) ) HUDSON & KEYSE, LLC, ) ) Defendant. ) ) | Case No.: 08 CV 2826 <br><br> Judge Hart |

## CERTIFICATE OF SERVICE

     I, the undersigned, an attorney, on oath state that on **July 21, 2008** I served the above and foregoing **Agreed Motion for an Enlargement of Time and Notice of Motion** via electronic mail to the following:

Tiffany Hardy
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
thardy@edcombs.com

                           Respectfully Submitted,

                           /s/Corinne C. Heggie
                           One of the Attorneys for Deft.,
                           Hudson & Keyse, LLC


David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6334747v1 889230