UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY ASPAN, JR., individually and on behalf of the class defined herein, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HUDSON & KEYSE, LLC, )<br>)<br>Defendant. )<br>) | Case No.: 08 CV 2826<br><br>Judge Hart |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, on oath state that on **August 4, 2008** I served the above and foregoing **Agreed Motion for an Enlargement of Time and Notice of Motion** via electronic mail to the following:

Tiffany Hardy
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
thardy@edcombs.com

                                            Respectfully Submitted,

                                            /s/Corinne C. Heggie
                                            One of the Attorneys for Deft.,
                                            Hudson & Keyse, LLC

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6347734v1 33