# United States District Court, Northern District of Illinois

*HHN*

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2826 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Aspan vs. Hudson & Keyse, LLC | | |

**DOCKET ENTRY TEXT**

Defendant's motion for extension of time [28] is granted in part and denied in part. Unless a settlement has been reached, defendant shall answer or otherwise plead to the complaint on or before August 26, 2008. No further extension will be granted. Plaintiff's motion for class certification [9] is reset to August 27, 2008 at 11:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rjm |
|---|---|---|