UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY ASPAN, JR., individually and on behalf of the class defined herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HUDSON & KEYSE, LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 08 CV 2826 <br><br> Judge Hart |

## NOTICE OF MOTION

To:   Tiffany Hardy
      Edelman Combs Latturner & Goodwin, LLC
      120 S. LaSalle Street, 18th Floor
      Chicago, Illinois 60603
      thardy@edcombs.com

   PLEASE TAKE NOTICE that on the **3rd day of September, 2008 at 11:00 A.M.** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable William T. Hart or any Judge sitting in his stead in Courtroom 2243 of the Dirksen Federal Building, and shall then and there present **Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(B)(6)** and **Memorandum In Support of Rule 12(B)(6) Motion to Dismiss,** copies of which are hereby served upon you.

                                                         Respectfully Submitted,

                                                         /s/Corinne C. Heggie
                                                         One of the Attorneys for Deft.,
                                                         Hudson & Keyse, LLC

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6347741v1 33