**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Timothy Aspan Sr

                        Plaintiff,

v.                                         Case No.: 1:08−cv−02826
                                              Honorable William T. Hart

Hudson & Keyse, LLC

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable William T. Hart:Motion hearing held on 8/27/2008. Court suspends briefing on plaintiff's motion for class certification. Briefing schedule set on defendant's motion to dismiss[32]: response due by 9/17/2008; reply due by 10/1/2008; rule by mail.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.